UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SERVICE EMPLOYEES INT'L, INC. § | | |
| Employer, § | | |
| § | | |
| and § | CIVIL ACTION NO. 4:11-cv-03699 | |
| § | | |
| INSURANCE COMPANY OF THE § | | |
| STATE OF PENNSYLVANIA, § | | |
| Insurance Carrier, § | | |
| Petitioners § | *On appeal from the United States* | |
| V. § | *Department of Labor,* | |
| § | *Benefits Review Board,* | |
| KEITH SMITH § | *BRB No. 11-0326;* | |
| Claimant, § | *OALJ No.2009-LDA-382; and* | |
| Respondent § | *OWCP No. 02-136218* | |

**EMPLOYER/CARRIER'S NOTICE OF APPEAL**

TO THE HONORABLE JUDGE:

SERVICE EMPLOYEES INTERNATIONAL, INC., Employer, and INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Carrier ("Petitioner" below), hereby give notice of appeal from the Decision and Order of the Benefits Review Board on the Decision and Order on Remand of Administrative Law Judge Lee J. Romero, Jr., issued by the BRB on August 23, 2011.  No Motion for Reconsideration was filed.[1]  The names and addresses of the parties are as follows:

---

[1] A motion was filed, seeking publication of the BRB Order, but no substantive change was sought.

1. Employer and Carrier are Petitioners. Petitioners' address is 600 N. Pearl Street, Suite 700, Dallas, Texas 75201. Petitioners are represented by undersigned counsel.

2. Claimant, Keith Smith is Respondent. Respondent is represented by Gary B. Pitts, PITTS & MILLS, 307 S. Friendswood Dr., Friendswood, Texas 77546 and Joshua T. Gillelan, II, Longshore Claimants' National Law Center, Georgetown Place, Suite 500, 1101 30th Street, N.W., Washington, DC 20007.

3. The United States Department of Labor is represented by Rae Ellen James, Esq., Associate Solicitor, 200 Constitution Avenue, N.W., Suite N-2117, NDOL, Washington, DC 20210.

4. This Petition is timely filed pursuant to 33 U.S.C. § 921(c) as it is filed within sixty (60) days of the Decision and Order of the Benefits Review Board. *See also* 20 C.F.R. § 802.410(a).

5. This Court has jurisdiction over this claim, as the original Decision and Order of the Administrative Law Judge was filed in, and served on the parties by, the office of the District Director, Eighth Compensation District, Houston, Texas. 42 U.S.C. § 1653(b).

6. Petitioners fully expect the matter will progress to the Fifth Circuit and therefore respectfully request that this Honorable Court issue an expedited briefing schedule so that Petitioners may more fully outline this basis of this appeal. Petitioners assert there is a related case and/or matter addressing similar core issues of fact and law

currently pending before the Honorable Judge Vanessa D. Gilmore, docket number 04:11-cv-01065.

        Respectfully submitted,

        **HENSLEE SCHWARTZ LLP**

By: _____
        Michael D. Murphy
        State Bar No.14701850
        3200 Southwest Freeway, Suite 1200
        Houston, Texas 77027
        Telephone: (713) 552-1693
        Facsimile: (713) 552-1697

        ATTORNEYS FOR PETITIONER
        EMPLOYER/CARRIER

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October, 2011, a true and correct copy of the foregoing document was forwarded to all parties as follows:

| | |
|---|---|
| Gary B. Pitts<br>PITTS & MILLS<br>307 S. Friendswood Dr.<br>Friendswood, Texas 77546 | VIA U.S. PRIORITY MAIL |
| Joshua T. Gillelan, II<br>Longshore Claimants' National Law Center<br>Georgetown Place, Suite 500<br>1101 30th Street, N.W.<br>Washington, DC 20007 | VIA U.S. PRIORITY MAIL |
| Rae Ellen James, Esq.<br>Associate Solicitor<br>U.S. Department of Labor<br>200 Constitution Avenue, N.W.,<br>Suite N-2117, NDOL<br>Washington, DC 20210 | VIA U.S. PRIORITY MAIL |
| Thomas O. Shepherd, Jr., Clerk<br>Benefits Review Board<br>PO Box 37601<br>Washington, DC 20013-7601 | VIA U.S. PRIORITY MAIL |
| Bradley Soshea<br>USDOL/OWCP – LHWCP<br>1919 Smith Street, Suite 870<br>Houston, TX 77002 | VIA U.S. PRIORITY MAIL |
| ALJ Lee Romero, Jr.<br>Office of Administrative Law Judges<br>U.S. Department of Labor<br>5100 Village Walk, Ste. 200<br>Covington, LA  70433 | VIA U.S. PRIORITY MAIL |

_____
Michael D. Murphy